IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DENNIS PURVIS,** | |
| **Plaintiffs,** | CASE NO. _____ |
| **v.** | |
| **RONNIE D. MILLER, PIONEER TRAILS, INC., and ABC CORPORATIONS 1-5,** | |
| **Defendants.** | |

## NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the above-captioned action is removed by Defendants, Ronnie D. Miller and Pioneer Trails, Inc. (hereinafter "Defendants"), from the State Court of Lowndes County, Georgia to the United Stated District Court for the Middle District of Georgia, Valdosta Division, by filing this Notice of Removal with the clerk of the United States District Court for the Middle District of Georgia. Defendants respectfully state the following grounds for removal of this action:

1. The case of *Dennis Purvis v. Ronnie D. Miller, Pioneer Trails, Inc., and ABC Corporations 1-5*, Civil Action No. 2022SCV0236, was filed and is presently pending in the State Court of Lowndes County, Georgia. Prior to filing this Notice of Removal, Defendants filed a timely Answer in the State Court of Lowndes County, Georgia on June 20, 2022. This action arises from a motor vehicle accident between the Plaintiff and Defendant Ronnie D. Miller who was driving a tour bus in the course and scope of his employment with Defendant Pioneer Trails, Inc.

2. Plaintiff is a resident of Georgia. (Ex. A - Complaint ¶1). Defendant Ronnie D. Miller is a resident of Iowa and Defendant Pioneer Trails, Inc. is an Ohio corporation with its principal office located at 7572 State Route 241, Millersburg, Ohio 44654. (Ex. A - Complaint ¶¶2-3; Answer of Defendants ¶¶2-3).

3. In Plaintiff's Complaint for Damages, Plaintiff alleges medical bills against Defendants in excess of $187,000.00. (Ex. A - Complaint ¶34).

4. Removal is sought on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). The United States District Court for the Middle District of Georgia has jurisdiction over this civil action being that (1) the matter in controversy exceeds $75,000 per Plaintiff's Complaint for Damages; and (2) the parties are citizens of different states.

5. This Notice of Removal has been timely filed within thirty (30) days of initial receipt of the Complaint by Defendants as defined as date of service by federal law and is, therefore, timely pursuant to 28 U.S.C. § 1446(b)(3) and Rule 6 of the Federal Rules of Civil Procedure.

6. Pursuant to 28 U.S.C. § 90, venue properly rests in the Valdosta Division of the United States District Court for the Middle District of Georgia because this case is being removed from the State Court of Lowndes County, Georgia.

7. After filing this Notice of Removal, Defendants will promptly serve notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the State Court of Lowndes County, Georgia in accordance with 28 U.S.C. § 1446(d).

8. True and correct copies of all process, pleadings, and orders served in this action pending in the State Court of Lowndes County, Georgia are attached hereto as Exhibit A, as required by 28 U.S.C. § 1446(a).

9. By removing this action, Defendants do not waive any defenses available to them.

10. By removing this action, Defendants do not admit any of the allegations in Plaintiff's Complaint for Damages unless otherwise specified in Defendants' Answer and Defensive Pleadings.

WHEREFORE, Defendants remove the above-captioned action from the State Court of Lowndes County, Georgia to the Valdosta Division of the United States District Court for the Middle District of Georgia and pray that this Court takes jurisdiction of this civil action to the exclusion of any further proceedings in the State Court of Lowndes County, Georgia.

Respectfully submitted this 20th day of June, 2022.

|  |  |
|---|---|
| P.O. Box 72066<br>Albany, GA 31708<br>(229) 436-4665 | **HALL BOOTH SMITH, P.C.**<br>*/s/ Katie Harden*<br>**BARBARA MULHOLLAND**<br>Georgia Bar No. 052115<br>**KATHRYN DUNNAM HARDEN**<br>Georgia Bar No. 852969<br>*Counsel for Defendants* |

70525514-1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically served a copy of the within and foregoing **NOTICE OF REMOVAL** upon all parties, addressed to counsel of record as follows:

Shaun Daugherty, Esq.
LOWE LAW FIRM, P.C.
3644 Chamblee Tucker Road, Suite F
Atlanta, GA 30341
shaun@lawelawatl.com
*Counsel for Plaintiff*

This 20th day of June, 2022.

                                          **HALL BOOTH SMITH, P.C.**

                                          */s/ Katie Harden*

                                          **BARBARA MULHOLLAND**
                                          Georgia Bar No. 052115

P.O. Box 72066                         **KATHRYN DUNNAM HARDEN**
Albany, GA 31708                    Georgia Bar No. 852969
(229) 436-4665                          *Counsel for Defendants*

70525514-1