## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| DENNIS PURVIS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:22-cv-57 (WLS) |
| : | |
| PIONEER TRAILS INC, *et al,* : | |
| : | |
| Defendants. : | |
| : | |

### ORDER AMENDING DISCOVERY AND SCHEDULING ORDER

Upon motion of the Parties for an extension of time of two (2) weeks for Defendants to make their Fed. R. Civ. P. 26(a)(2)(A)-(B) expert disclosures and for both Plaintiff and Defendants to make their rebuttal expert disclosures in the above styled civil action;

**IT IS HEREBY ORDERED AND ADJUDGED** that paragraph (7) of the scheduling order (Doc. 7) shall be amended such that the deadline for Defendants to make their Fed. R. Civ. P. 26(a)(2)(A)-(B) expert disclosures shall be January 13, 2023, and the deadline for both Plaintiff and Defendants to disclose rebuttal experts shall be February 14, 2023. All other terms and deadlines in such scheduling order (Doc. 7) shall remain unless otherwise ordered by the Court.

**SO ORDERED**, this 30th day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**