IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| DENNIS PURVIS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:22-cv-57 (WLS) |
| PIONEER TRAILS INC, *et al*, | : | |
| Defendants. | : | |

**ORDER**

On January 11, 2023, Defendant filed a Motion to Compel requesting that this Court enter an Order compelling Plaintiff to supplement his expert disclosures to conform to the requirements of Fed. R. Civ. P. 26(a)(2)(C).[1] (Docs. 11-1 & 12.) Therein, Defendant contends that Plaintiff's expert disclosures, which were provided on November 30, 2022, are deficient. (Doc. 12 at 2.) Defendant also requests that the time for Defendants to identify specially retained experts pursuant to this Court's Scheduling and Discovery Order be stayed as well until Plaintiff supplements the aforementioned disclosures. (Doc. 12 at 15.)

As explained in detail at the Initial Scheduling Conference as well as in this Court's Scheduling and Discovery Order (Docs. 6 & 7) "all motions made under [Federal Rule of Civil Procedure] 37 must be filed within twenty-one days of the date on which the response(s) was due, or twenty-one days of receipt of an allegedly inadequate response or other alleged violation of Rule 37, and no later than twenty-one days after the close of discovery, whichever first occurs." Accordingly, Defendant's Motion to Compel (Doc. 12) is untimely as Defendant was required to file the instant Motion, or request an extension to file said Motion, by no later than Wednesday, December 21, 2022.[2]

---

[1] The Court notes for the purposes of the record that an identical Motion to Compel was refiled on January 12, 2023, to correct certain deficiencies noted by the Clerk's Office. (Doc. 12.)

[2] The Court notes for the purposes of the record that Defendant requested an Extension to disclose Defendant's experts on December 30, 2022, which was subsequently granted, but that the extension did not apply to Plaintiff's expert disclosures. (Docs. 9 & 10.)

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Compel and corresponding request for a Stay in Discovery is **DENIED**. Defendant's deadline to make their Fed. R. Civ. P. 26(a)(2)(A)-(B) expert disclosures shall remain January 13, 2023.[3]

**SO ORDERED**, this 13th day of January 2023.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**

---

[3] The Court issues this Order also to clarify and insure that relevant deadlines in the Scheduling Order remain in place and are not impacted by Defendant's untimely Motion to Compel.

2