IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DENNIS PURVIS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:22-cv-57 (WLS) |
| PIONEER TRAILS INC, *et al,* | : | |
| Defendants. | : | |

## ORDER

Before the Court is Stipulation of Voluntary Dismissal with Prejudice (Doc. 16), filed by Plaintiff on July 31, 2023, and signed by both Parties. Therein, Parties state that they stipulate to the dismissal of this action with prejudice. (*Id.*)

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Stipulation of Voluntary Dismissal with Prejudice (Doc. 16) is **ACCEPTED** and **GRANTED**. The Court orders that all Plaintiffs' claims pending against all Defendants are **DISMISSED with prejudice**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this   2nd   day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**