IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DENNIS PURVIS, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-57 (WLS) |
| | * |
| PIONEER TRAILS INC, et al,, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 2, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk